1  Noelle E. Dwarzski, WSBA No. 40041
McKENZIE ROTHWELL BARLOW
2    & COUGHRAN, P.S.
1325 Fourth Ave Suite 910
3  Seattle, WA  98101
Telephone: (206) 224-9900
4  Facsimile: (206) 224-9820
E-mail: noelled@mrbclaw.com

5

6

7                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
8                            AT SEATTLE

9  BOARDS OF TRUSTEES OF THE
   SOUND HEALTH & WELLNESS
10 TRUST and THE SOUND                    NO.
   RETIREMENT TRUST (hereafter
11 referred to as Trust Funds),

12                    Plaintiffs,          **COMPLAINT FOR DELINQUENT
                                          FRINGE BENEFIT CONTRIBUTIONS
        v.                                (ERISA)**
13
   BALLARD PLAZA PHARMACY I,
14 INC., UBI No. 602474336,

15                    Defendant.

16

17      For their complaint, plaintiff alleges as follows:

18              **I.      PARTIES AND JURISDICTION**

19      1.      Plaintiffs are the Boards of Trustees of the Sound Health & Wellness Trust and

20 the Sound Retirement Trust (hereafter "Trust Funds").

21      2.      The Trust Funds are joint labor-management fund created pursuant to Section

22 302(c) of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 186(c), and the

COMPLAINT FOR DELINQUENT
FRINGE BENEFIT CONTRIBUTIONS - 1

4200 714 tj171201

McKENZIE ROTHWELL  BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1   Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, *et seq*. as amended

2   ("ERISA").

3       3.      Defendant Ballard Plaza Pharmacy I, Inc. (hereafter "Ballard Pharmacy"), is a

4   Washington corporation having a business location at 1801 NW Market Street, Seattle,

5   Washington 98107.

6       4.      Jurisdiction is conferred on this court by Section 301 of the LMRA, 29 U.S.C.

7   § 185, and Section 502 of ERISA, 29 U.S.C. § 1132.

8       5.      Venue is appropriate in the Division of Seattle, King County, WA under

9   ERISA § 502(e)(2), 29 U.S.C. §1132(e)(2).

10          **II.      CLAIM FOR RELIEF: DELINQUENT CONTRIBUTIONS**

11      6.      At all material times, Ballard Pharmacy was obligated to make employee

12  benefit contributions to the Trust Funds under the terms and conditions set forth in its

13  collective bargaining agreements between Northwest Employee Relations, Inc. and the United

14  Food and Commercial Workers International Union, Local 21 (a labor organization whose

15  members are employed in an industry affecting interstate commerce) and incorporated trust

16  agreements.

17      7.      On or about August 19, 2014, Gary Hedrick of Northwest Employee Relations,

18  Inc., on behalf of Ballard Pharmacy, executed Letters of Understanding with the United Food

19  and Commercial Workers International Union, Local 21 effective August 2014 through

20  January 31, 2017.  Attached as Exhibit A to this complaint is a true and correct copies of the

21  Letters of Understanding and Collective Bargaining Agreement (CBA).

22      8.      Ballard Pharmacy has employees for whom employee benefit contributions are

COMPLAINT FOR DELINQUENT
FRINGE BENEFIT CONTRIBUTIONS - 2

4200 714 tj171201

McKENZIE ROTHWELL  BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1 due under its collectively bargained obligations, but has failed and refused to make the

2 required monthly contributions.  Ballard Pharmacy owes the Trust Funds a total of $11,352.38

3 comprised of $8,485.95 in unpaid contributions, $848.60 in liquidated damages, $1,917.84 in

4 interest, and $100 in referral attorney fees for the audit period of June 1, 2015 through

5 November 30, 2017.

6      9.    Under the terms of the trust agreements creating the Trust Funds and under

7 federal statutory law, Ballard Pharmacy is obligated to pay liquidated damages, interest,

8 reasonable attorney's fees, and costs and expenses of suit.

9     WHEREFORE, Plaintiff Trust Funds pray for a money judgment against Ballard Plaza

10 Pharmacy I, Inc. as follows:

11
12 • $11,352.38 comprised of $8,485.95 in unpaid contributions, $848.60 in liquidated damages, $1,917.84 in interest, and $100 in referral attorney fees for the audit period of June 1, 2015 through November 30, 2017;

13
14 • For liquidated damages, reasonable attorneys fees, costs, and expenses of suit; and

15 • For such other and further relief as this Court deems just and equitable.

16     DATED THIS 1st day of November, 2018.

17     s/ Noelle E. Dwarzski
    Noelle E. Dwarzski, WSBA # 40041
18     McKENZIE ROTHWELL BARLOW
    & COUGHRAN, P.S.
19     Attorneys for Plaintiff Trust Funds

20
21
22

COMPLAINT FOR DELINQUENT
FRINGE BENEFIT CONTRIBUTIONS - 3

4200 714 tj171201

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900